CALEB R. TROTTER, Cal. Bar No. 305195
Email: CTrotter@pacificlegal.org
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

DAVID J. HOFFA, Ariz. Bar No. 038052*
Email: DHoffa@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
*pro hac vice application pending

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA RUNKLE,<br><br>                              Plaintiff,<br><br>           v.<br><br>LEA TATE, in her official capacity as President of the California Board of Psychology, and JONATHAN BURKE, in his official capacity as Executive Officer of the California Board of Psychology,<br><br>                              Defendants. | Case No. 3:26-cv-05317-WHO<br><br>**JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 2 – 17th Floor<br>Judge: Hon. Judge William H. Orrick<br>Trial Date: TBD<br>Action Filed: June 3, 2026 |

WHEREAS, Plaintiff filed the Complaint on June 3, 2026, and served Defendants on June 10, 2026;

WHEREAS, Plaintiff filed a Motion for Preliminary Injunction on June 10, 2026;

WHEREAS, on June 29, 2026, Plaintiff and Defendants stipulated to extend Defendants' deadline to answer or otherwise respond to the Complaint until 21 days after the Court's disposition of Plaintiff's Motion for Preliminary Injunction;

WHEREAS, a hearing was held on the Motion for Preliminary Injunction on July 15, 2026;

WHEREAS, the Initial Case Management Conference is currently scheduled for August 25, 2026;

WHEREAS, the Parties agree that good cause exists to have Plaintiff's Motion for Preliminary Injunction resolved, and a response to the Complaint filed, before the Initial Case Management Conference is conducted so that there can be efficient resolution of the matter and to help conserve judicial and party resources;

WHEREAS, the Court's Case Management Conference Order (Doc. No. 11) states that requests to reschedule the case management conference are to be made in writing, preferably by stipulation, at least ten days prior to the scheduled conference date; and

WHEREAS, Local Rule 6-2(a) states that parties may file a stipulation requesting an order changing time that would affect the date of an event or deadline already fixed by the Court;

THEREFORE, the Parties respectfully request that the Initial Case Management Conference in this case be continued to **30 days after Defendants Response to the Complaint is filed**, and that all deadlines associated with the Initial Case Management Conference also be continued based on the new date for the Initial Case Management Conference.

1

Dated:  August 3, 2026

CALEB R. TROTTER
DAVID J. HOFFA*
Pacific Legal Foundation


 /s/ Caleb R. Trotter
CALEB R. TROTTER
*Attorney for Plaintiff*

***Pro hac vice application pending**


Dated:  August 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General

 /s/ Kristina Liska
KRISTIN LISKA
Deputy Attorney General
*Attorneys for Defendants*

2

Joint Request to Continue Initial Case Management Conference (3:26-cv-05317-WHO)

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

CALEB R. TROTTER
Pacific Legal Foundation


 /s/ Caleb R. Trotter
CALEB R. TROTTER
*Attorney for Plaintiff*

3

**PURSUANT TO THE JOINT REQUEST, IT IS SO ORDERED.**

Dated: _____      _____
                            THE HONORABLE WILLIAM H. ORRICK
                            United States District Court Judge

4